IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN T. ALSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: _____ |
| | ) |
| LHR Inc., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Defendant LHR Inc. ("LHR") by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby gives notice that this case, captioned *Jonathan T. Alston v. LHR, Inc.*, Civil Action No. CAL 12-3117 ("Maryland Action") is removed from the Circuit Court for Prince George's County Maryland, where it was originally filed and is currently pending, to the United States District Court for the District of Maryland, Southern Division. In support whereof, LHR states as follows:

1. Plaintiff Jonathan T. Alston filed this Action in the Circuit Court for Prince George's County Maryland, on or about September 25, 2012. True and correct copies of the Summons, Complaint and Case Information Report are attached hereto as Exhibits A, B and C, respectively.

2. Plaintiff was served with the Summon and Complaint by Certified Mail on or October 9, 2012. A true and correct copy of the Service of Process Transmittal from CT Corporation is attached hereto as Exhibit D.

1

3.     The Complaint asserts claims under the Fair Credit Reporting Act, 15 U.S.C § 1681 *et. seq.*, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.* and a state law claim for defamation.

4.     This Court has original jurisdiction over this case under 28 U.S.C. § 1331 (Federal question), in as much as two of the claims in this action arise under the laws of the United States.  The Maryland Action, therefore, is removable from the courts of the State of Maryland to this District Court of the United States pursuant to 28 U.S.C. § 1441(c).

5.     This Court has supplemental jurisdiction over the other claims asserted by Plaintiff pursuant to 28 U.S.C. §1367(c) and 28 U.S.C. §1441(c).

6.     In accordance with Rule 103(5)(a) of the local rules of this Court, the undersigned counsel certifies that LHR has submitted with this Notice of Removal ("Notice") copies of all process, pleadings, and orders delivered to it.

7.     This Notice is timely under 28 U.S.C. §1446(b) and Federal Rules of Civil Procedure, Rule 6(a) as it is being filed within thirty (30) days of the service on LHR of a copy of the Complaint.

8.     LHR has not yet filed an answer or otherwise responded to the Complaint in the Maryland Action.

9.     LHR will give written notice of the filing of this notice to Plaintiff and to the Circuit Court for Prince George's County, Maryland as required by 28 U.S.C. §1446(d).

WHEREFORE, LHR requests that the Maryland Action be removed from state court to this Court, and that this Court assumes jurisdiction over the Action and determine it on the merits.

        Respectfully submitted,

        THE LAW OFFICES OF RONALD S. CANTER, LLC


        /s/ Birgit Dachtera Stuart
        Birgit Dachtera Stuart, Esquire
        Bar No. 17420
        200A Monroe Street, Suite 104
        Rockville, Maryland 20850
        Telephone:  301-424-7490
        Facsimile:  301-424-7470
        E-Mail:  bstuart@roncanterllc.com
        *Attorney for Defendant LHR, Inc..*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual listed below by Electronic Notification on this 8th day of November, 2012 to:

        Jonathan T. Alston
        10012 Cedarhollow Lane
        Largo, Maryland 20774
        *Pro Se Plaintiff*


        /s/ Birgit Dachtera Stuart
        Birgit Dachtera Stuart, Esquire
        *Attorney for Defendant LHR, Inc.*